**J. W. Sullivan, appellee, v. Theo. A. Schmidt Lithographing Company, appellant. Gen. No. 36,327.**

Opinion filed November 6, 1933. Rehearing denied November 20, 1933.
Follansbee, Shorey & Schupp, for appellant; Robert W. Schupp and John E. Gavin, of counsel. William H. Kailes, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Walter Freeman and Universal Credit Company, appellees, v. The Home Insurance Company, New York, appellant. Gen. No. 36,596.**

McSurely, J., dissenting. Opinion filed November 6, 1933.
William J. LaVelle, William McKinley and Paul E. Price, for appellant. Ellis & Westbrooks, for appellees; Richard E. Westbrooks, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Chicago Title and Trust Company, appellee, v. Jane Geraghty et al., defendants, on appeal of Solomon Brown, appellant. Gen. No. 36,702.**

Opinion filed November 6, 1933.
Leo S. Samuels and Edmund P. Kelly, for appellant; Ernest Samuels, of counsel. Butz, von Ammon & Marx, for appellee; Frederick Z. Marx, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.